648

but granting a motion to set aside the verdict in favor of plaintiff father and for a new trial.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ RICHARD JENSEN, an Infant, by LAWRENCE JENSEN, His Guardian ad Litem, Respondent, v. STAUFFER CHEMICAL COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. (Appeal from a judgment of Niagara Trial Term for plaintiff in an action for damages for personal injuries alleged to have been sustained by plaintiff by reason of negligent maintenance of dump. The order appealed from is that part of an order entered in this and in a companion case which denied defendant's motion to dismiss the complaint of the infant plaintiff.) Present — McCurn, P. J., Vaughan, Kimball, Williams and Bastow, JJ.

■ FRANK J. KOLB, Appellant, v. LEONARD E. COOLEY, Respondent.— Motion granted and appeal dismissed, without costs.

## FIRST DEPARTMENT, JANUARY, 1957

### (January 2, 1957)

■ In the Matter of FRANCISCO RODRIGUEZ, Petitioner, against THOMAS E. ROHAN et al., Constituting the State Liquor Authority, Respondents.— The determination of the State Liquor Authority, insofar as it finds petitioner guilty of the violation charged, is confirmed. From the record, however, it would appear that the licensee, who has operated the premises since 1950, has never before been charged with any violation of the Alcoholic Beverage Control Law in connection therewith. If the record is correct, it may well be that the punishment imposed is excessive and an abuse of discretion (Civ. Prac. Act, § 1296, subd. 5-a). The proceeding is therefore remitted to the Authority for a reconsideration of the order directing a suspension of the license for 10 days and, as so modified, the determination is unanimously confirmed. Settle order on notice. Concur — Botein, J. P., Rabin, Frank, Valente and Bergan, JJ.

### (January 10, 1957)

■ KATHLEEN GOTTFRIED, Suing on Behalf of Herself and All Other Stockholders of Gottfried Baking Co., Similarly Situated, v. GOTTFRIED BAKING CO., INC., et al.— Motion to dismiss appeals granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ KATHLEEN GOTTFRIED, Suing on Behalf of Herself and All Other Stockholders of Gottfried Baking Co., Similarly Situated, v. GOTTFRIED BAKING CO., INC., et al.— Motion to dismiss appeals granted, with $10 costs. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.

■ In the Matter of I. WALTON BADER, as Committee of the Estate of ELIZABETH B. SHEFFIELD, an Incompetent Person, against BANK OF NEW YORK, as Trustee of Trust Created for ELIZABETH B. SHEFFIELD under the Will of FREDERICK C. SHEFFIELD, Deceased.— Motion to dismiss appeal granted, with $10 costs, to the extent and upon condition stated in order. Concur — Peck, P. J., Breitel, Botein, Valente and Bergan, JJ.